**U.S. Bankruptcy Court**
**District of Massachusetts**

In Re:  Case No: 18-40592 CJP
Chapter 13

Paul J. Leger

    Debtor

Order of Dismissal

Due to the failure of the Debtor to comply with the Court's Order of 4/3/2018, the Debtor having failed to file all the required documents timely, it is hereby ordered that the above-entitled case be and hereby is DISMISSED.

Date: May 16, 2018

_____
Bankruptcy Judge

c:   Debtor
    Debtor's counsel
    Trustee